IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CYNTHIA SPENCER, WILLIAM SPENCER, LISA JACKSON, JENNIFER JOHN, BRIAN BYRD, AMY BYRD, | § § § § § § § § § § § § § § | SA-20-CV-00350-JKP |
| *Plaintiffs,* | | |
| vs. | | |
| CITY OF CIBOLO, TEXAS, STANLEY BOYLE, MARK D. ALLEN, STEVEN QUINN, JOEL HICKS, | | |
| *Defendants.* | | |

## AMENDED SCHEDULING ORDER

Before the Court in the above-styled cause of action is the parties' Joint Motion to Modify the Scheduling Order for Discovery and Dispositive Motion Deadlines [#36]. By their motion, the parties jointly request an extension of the discovery and dispositive motions deadlines to accommodate additional depositions and a mediation before a United States Magistrate Judge. The parties have submitted a separate filing requesting referral to mediation. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Modify the Scheduling Order for Discovery and Dispositive Motion Deadlines [#36] is **GRANTED**.

**IT IS FURTHER ORDERED** that the following amended deadlines are issued to govern the remaining course of this case:

1. Parties shall initiate all discovery procedures in time to complete discovery on or before **September 1, 2021**.

2. Counsel shall confer and file a joint report setting forth the status of settlement negotiations on or before **July 12, 2021**.

1

3.  On or before **June 29, 2021**, the parties shall file any *Daubert* motions and challenge to or motion to exclude expert witnesses. Any such motion must specifically state the basis for the objection and identify the objectionable testimony.

4.  On or before **October 1, 2021**, parties shall file any dispositive motions, including motions for summary judgment on all or some of the claims. Further, notwithstanding any deadline provided herein, no motion (other than a motion in limine) may be filed after this date except for good cause.

5.  The Court will set dates for trial and the final pretrial conference after ruling on any dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, the Court will also set appropriate deadlines for trial and pretrial conference matters.

**IT IS SO ORDERED.**

SIGNED this 4th day of June, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE